**DISMISSED and Opinion Filed July 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00696-CR

### TAMI DEANNA MUNSELL, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-83018-2016**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

On June 12, 2018, Tami Deanna Munsell filed a pro se notice of appeal in this case. On

July 2, 2018, appellant filed a pro se notice of withdrawal of her appeal. The notice of withdrawal

is signed by appellant. No attorney has made an appearance in this appeal.

We **GRANT** appellant's motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss the appeal.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
180696F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TAMI DEANNA MUNSELL, Appellant

No. 05-18-00696-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-83018-2016.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered July 9, 2018.